IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LILY SINCLAIR                                                                                    PLAINTIFF

VS.                                     CASE NO. 4:21-CV-00420-JM

CABOT, ARKANSAS SCHOOL DISTRICT, *et al*                            DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this same day, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE